IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FRANKIE J.[1],

        Petitioner,                                 Civ. No. 3:19-cv-01109-CL

        v.                                                  ORDER

ANDREW SAUL, Acting
Commissioner of Social Security,

        Defendant.
_____

MCSHANE, Judge:

        Magistrate Judge Mark Clarke filed a Findings and Recommendation (#14), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Clarke's Findings and Recommendation (#14) is adopted. The Commissioner's final decision is affirmed.

IT IS SO ORDERED.

        DATED this 18th day of August, 2021.

                                                        _____/s/ Michael J. McShane_____
                                                            Michael McShane
                                                     United States District Judge

---

[1] In the interest of privacy, this opinion uses only the first name and the initial of the last name of the non-governmental party in this case.

1 – ORDER